WM 08-263 JF
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIA SABILLON and RUBEN SABILLON,   Docket No.: 08CV6455

                Plaintiffs,

   -against-   **RULE 7.1 STATEMENT**

WAL-MART STORES, INC.,

                Defendant.
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly local general rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAL-MART STORES EAST, LP (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

    WAL-MART STORES, INC

    WAL-MART DE MEXICO

    SEIYU

Dated: Northport, New York
       July 28, 2008

                                Respectfully Yours,

                                BRODY, O'CONNOR & O'CONNOR, ESQS.
                                Attorneys for Defendant

                    By: _____
                              PATRICIA A. O'CONNOR (PO5645)
                              7 Bayview Avenue
                              Northport, New York 11768
                              (631) 261-7778
                              File No.: WM 08-263 JF

TO:  HAWTHORNE LAW FIRM, LLC
     Attorneys for Plaintiffs
     594 Grand Concourse, Suite 1
     Bronx, New York 10451
     (718) 665-0050

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF SUFFOLK   )

DEBRA SANACORA, being duly sworn, deposes and says:

That your deponent is not a party to this action, is over 18 years of age and resides at Ronkonkoma, New York.

That on the 30 day of July, 2008, deponent served the within RULE 7.1 STATEMENT

UPON:

HAWTHORNE LAW FIRM, LLC
Attorneys for Plaintiffs
594 Grand Concourse, Suite 1
Bronx, New York 10451
(718) 665-0050

The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
DEBRA SANACORA

Sworn to before me this
30 day of July, 2008.

_____
NOTARY PUBLIC

JENNIFER CULVER FRIEDRICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FR6090005
Qualified in Suffolk County
My Commission Expires May 14, 20 11